AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

KEVIN SULLIVAN, VINCENT DUDLEY, MARK MEHRINGER, JASON SLEEPER, and MICHAEL TROMBLEY,
                  Plaintiffs
V.
CITY OF SPRINGFIELD, MASSACHUSETTS,
                  Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 - 30004 - KPN

TO: (Name and address of Defendant)
    City of Springfield, Massachusetts
    36 Court Street
    Springfield, MA 01103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Harold L. Lichten
    Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
    18 Tremont St., Ste. 500
    Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                 1/11/05
CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1) | DATE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

February 3, 2005

I hereby certify and return that on 2/3/2005 at 02:00 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/NOTIFICATION in this action in the following manner: To wit, by delivering in hand to MARY C. POWERS, ASST. CITY CLERK, person in charge at the time of service for CITY OF SPRINGFIFELD, 36 COURT Street, SPRINGFIELD, MA 01103. Attestation X 1 ($5.00), Travel ($1.28), Basic Service Fee ($30.00), Mailing ($1.00) Total Charges $37.28

Deputy Sheriff  JORGE DIAZ                                                                  *Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                        *Date*                                  *Signature of Server*

                                                          _____
                                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.