UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN SULLIVAN, VINCENT DUDLEY, MARK MEHRINGER, JASON SLEEPER, And MICHAEL TROMBLEY, Plaintiffs<br><br>v.<br><br>CITY OF SPRINGFIELD, MASSACHUSETTS, Defendant | Civil Action No: 05-30004-KPN |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Counsel for the parties in the above-captioned matter have conferred and the parties pursuant to Local Rule 16.1(D) and the Court's notice of scheduling conference, hereby propose the following;

**1.  Proposed Pretrial Schedule**

The parties agree that this case is best considered on a bifurcated basis. The first issue would be liability. If liability is established, a short period for discovery on remedy would thereafter occur. The parties propose the following schedule to determine the issue of liability.

    a.    All non-expert discovery completed by November 1, 2005.

    b.    Expert disclosure and discovery to be completed by January 1, 2006, with Plaintiffs' Expert Disclosures due no later than November 1, 2005, and Defendants' Expert Disclosures no later than December 1, 2005.

    c.    If summary judgment motions are to be filed, they shall be filed no later than February 1, 2006.

    d.    Hearings on any summary judgment motions to be held in March, 2006.

    e.    Trial on the merits (if necessary), June of 2006.

This phase of the litigation would address liability. If the Plaintiffs prevail on liability, the Court will then establish deadlines and the procedure regarding the determination of a proper remedy.

**II.**    **Trial By Magistrate Judge**

The parties do not consent to trial by a Magistrate Judge.

**III.**    **Certifications**

The parties' certifications pursuant to Local Rule 16.1(D) will be filed separately.

Respectfully submitted,

FOR KEVIN SULLIVAN, VINCENT DUDLEY, MARK MEHRINGER, JASON SLEEPER, and MICHAEL TROMBLEY,
By their attorneys,

_s/Harold L. Lichten_
Harold L. Lichten, BBO #549689
Pyle, Rome, Lichten, Ehrenberg &
    Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

2

FOR DEFENDANT CITY OF SPRINGFIELD, MASS.
By its attorneys,

s/Peter M. Murphy
Peter M. Murphy, Esq.
City of Springfield Law Department
City Hall
36 Court Street
Springfield, MA 01103
(413) 787-6085

Date: April 20, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served on the attorney of record for each party by first class mail on April 20, 2005.

                                         s/Harold L. Lichten
                                         Harold L. Lichten