UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN SULLIVAN, VINCENT DUDLEY, )
MARK MEHRINGER, JASON )
SLEEPER and MICHAEL TROMBLEY, )
                Plaintiffs )
                 )
v. ) Civil Action No. 05-30004-KPN
                 )
                 )
CITY OF SPRINGFIELD, )
MASSACHUSETTS, )
                Defendant )

## SCHEDULING ORDER
April 27, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by May 18, 2005.

2. All written discovery and non-expert depositions with respect to liability shall be completed by November 1, 2005.

3. Counsel shall appear for a case management conference on November 7, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                                      /s/ Kenneth P. Neiman
                                                      KENNETH P. NEIMAN
                                                      U.S. Magistrate Judge