AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

Sullivan et al.
vs.
City of Springfield

D's APPEARANCE

Case Number: 05 30004 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for City of Springfield (D's)

___11/7/05___  
Date

Peter Murphy (eup)  
Signature

Peter Murphy  
Print Name

36 Court St.  
Address

Spfld, MA 01103  
City    State    Zip Code

413 787-6085  
Phone Number