UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN SULLIVAN, VINCENT DUDLEY, )
MARK MEHRINGER, JASON )
SLEEPER and MICHAEL TROMBLEY, )
            Plaintiffs )
            )
    v. )    Civil Action No. 05-30004-MAP
            )
            )
CITY OF SPRINGFIELD, )
MASSACHUSETTS, )
            Defendant )

SCHEDULING ORDER
November 7, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Defendant shall file its opposition to Plaintiffs' motion for summary judgment and its cross-motion for summary judgment by December 9, 2005.

2. Plaintiffs shall file their opposition/reply to Defendant's cross-motion by December 30, 2005.

IT IS SO ORDERED.

                                       /s/ Kenneth P. Neiman
                                       KENNETH P. NEIMAN
                                       U.S. Magistrate Judge