UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| KEVIN SULLIVAN, VINCENT DUDLEY, MARK MEHRINGER, JASON SLEEPER AND MICHAEL TROMBLEY<br>            Plaintiffs,<br>v<br><br>CITY OF SPRINGFIELD<br>            Defendant | Civil Action No. 05-30004-MAP |

## DEFENDANT CITY OF SPRINGFIELD'S MOTION TO MODIFY TIME FOR FILING OPPOSITION AND CROSS MOTION FOR SUMMARY JUDGMENT AND REPLY THERETO (WITHOUT OBJECTION)

Now comes the Defendant in the above captioned case and moves to modify time for filing opposition and cross motion for summary judgment and reply thereto (without objection) from December 9, 2005 to December 16, 2005 and for response thereto from December 30, 2005 to January 6, 2006.

As grounds therefore, Defendant states counsel has been diligently worked to complete the opposition and cross motion within the time frame, but additional time is needed to obtain further affidavits and finalize the memorandum of law for filing. Due to a number of court appearances and depositions, and other litigation related matters of counsel and the availability of affiants, additional time is needed.

46038

## CERTIFICATE OF CONSULTATION

I hereby certify that I have consulted with the plaintiff's counsel with regard to the above issues, and he has no objection as to the modification of the time schedule as requested.

THE DEFENDANT BY:

Edward M. Pikula, Esq.
Associate City Solicitor
BBO# 399770
City of Springfield Law Department
36 Court Street
Springfield, MA 01103
(413) 787-6085
Fax: (413) 787-6173

**CERTIFICATE OF SERVICE**
Harold L. Lichten
Pyle, Rome Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Ste. 500
Boston, MA 02108

I hereby certify that I caused the within document to be served on plaintiff by delivering a copy to his above named Attorneys on this date. 12/8/05

Edward M. Pikula, Esq.

46038