**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KEVIN SULLIVAN, VINCENT DUDLEY, MARK MEHRINGER, JASON SLEEPER AND MICHAEL TROMBLEY<br>　　　　　Plaintiffs,<br><br>v<br><br>CITY OF SPRINGFIELD<br>　　　　　Defendant | Civil Action No. 05-30004-MAP |

### DEFENDANT CITY OF SPRINGFIELD'S OPPOSITION and CROSS MOTION FOR SUMMARY JUDGMENT AS TO CLAIM FOR VIOLATION OF EQUAL PROTECTION

Now comes the Defendant in the above captioned case and OPPOSES the plaintiffs motion for summary judgment and cross motions for summary judgment under Rule 56 of the Fed. R. Civ. P.

Defendant, as the nonmoving party, states that the plaintiff is not entitled to judgment as a matter of law, and as the moving party, is entitled to cross motions for summary judgment and has submitted, both in opposition to plaintiffs' motion and in support of its cross motion, an affidavit and supporting documents, and references to the record submitted by plaintiffs, to show that the complaint is time barred, cannot attribute a violation to City policy makers, and, if defendant is not entitled to summary judgment, as the non-moving party and such facts are reviewed in a light most favorable to defendant in considering plaintiffs' motion, plaintiffs are not entitled to summary judgment either.

Moreover, on the state of the record as it exists, whether or not the

plaintiffs have suffered a cognizable injury is too speculative to establish entitlement to summary judgment on a claim for an Equal Protection violation under § 1983.

Based on the above arguments, defendant respectfully requests that its cross motion for summary judgment be ALLOWED, or in the alternative, that the plaintiffs motion for summary judgment be DENIED.

THE DEFENDANT BY:

Edward M. Pikula, Esq.
Associate City Solicitor
BBO# 399770
City of Springfield Law Department
36 Court Street
Springfield, MA 01103
(413) 787-6085
Fax: (413) 787-6173

**CERTIFICATE OF SERVICE**
Harold L. Lichten
Pyle, Rome Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Ste. 500
Boston, MA 02108

I hereby certify that I caused the within document to be served on plaintiff by delivering a copy to his above named Attorneys on this date. 12/19/05

Edward M. Pikula, Esq.