UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEVIN SULLIVAN, ET AL,           )
            Plaintiffs           )
                                 )
        v.                       )  C.A. NO. 05-30004-MAP
                                 )
CITY OF SPRINGFIELD,             )
            Defendant            )

### ORDER RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT

December 29, 2005

PONSOR, D.J.

This case is related to the remedial orders issued in the case of <u>Castro v. Beecher</u>, 365 F. Supp. 655 (D. Mass. 1973).  It alleges violation of the Constitution's equal protection clause arising from the defendant's consideration of race in lay-offs and recalls of Springfield police officers.  Both sides have now filed motions for summary judgment.

The issues in this case appear to be closely related to those raised in an earlier case now before this court, <u>Julio Toledo v. IBPO Local 364 and Springfield Police Department</u>, C.A. 04-30163-MAP.  A motion to dismiss has been pending in that case for several months, and the court recently allowed the plaintiffs an additional extension to February 20, 2006 to file opposition.  The extension has been given in response to a proffer that the parties are negotiating a possible resolution of that case.

Before addressing the cross-motions for summary judgment in this case, the court hereby orders counsel to submit to this court, in writing, reports regarding the relationship of this case to the pending Toledo matter.  At a minimum, the following questions should be addressed: (1) What relationship do the issues raised in this case bear to the issues raised in Toledo?; (2) What effect will a decision on the cross-motions for summary judgment in this case have on the pending motion to dismiss in the Toledo case?; and (3) Should this case and the Toledo case be consolidated for purposes of argument on any dispositive motions?

A report regarding these questions, as well as any others counsel wish to address relating to the relationship between this case and Toledo, will be filed no later than January 13, 2006.  A copy of this order will also be sent to counsel in the Toledo matter.  Counsel in that case are invited to report by January 13, 2006 if resolution of cross-motions in this case may affect the interests of parties in the Toledo litigation.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge

-2-