# CITY OF SPRINGFIELD
## LAW DEPARTMENT
36 Court Street
Springfield, Massachusetts 01103
413-787-6085
FAX: 413-787-6173
TTY: 413-787-6643

Edward M. Pikula, City Solicitor
Harry P. Carroll, Deputy City Solicitor
Chief of Litigation
John T. Liebel
Chief Legal Services
Wayman Lee
Associate City Solicitors
Kathleen T. Breck
Melvyn W. Altman
Robert J. Warren

Assistant City Solicitors
Maurice M. Cahallane
William G. Cullinan
Michael E. Mulcahy
Erica E. Cushna
Alesia H. Days
Maria T. Puppolo
Lisa C. deSousa
Collective Bargaining Agent
Clement P. Chelli

January 18, 2006

Civil Clerk's Office
U.S. District Court
1550 Main Street
Springfield, MA 01103

RE: *Kevin Sullivan et al. vs. City of Springfield*
U.S. District Court Civil Action No.: 05-30004-MAP

Dear Clerk:

Pursuant to the Courts request for input as to the relationship between this case and *Julio Toledo Jr., et. al. vs. IBPO, Local 364 vs. Springfield Police Department*, U.S. District Court Civil Action Number 04-CV-30163-MAP, I am writing to state I am uncertain as to how the two cases intersect based on the current status of the pleading.

I would suggest that both cases be set down for a Status Conference on the same date in order to have all parties in court at the same time to discuss whether the schedules should be consolidated, joined for the purposes of discovery, or whether a motion to intervene would be appropriate.

Very truly yours,

Edward M. Pikula, Esq.

CC: Harold Lichten, Esq.; Tammy Sharif, Esq.; Kevin B. Coyle, Esq.

50550