**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**

Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea

Nicole Horberg Decter**
Rebecca G. Pontikes
Alfred Gordon
Leah M. Barrault
Stephen Young

*Also admitted in Maine
**Also admitted in New York

Tod A. Cochran
Of COUNSEL

January 19, 2006

Civil Clerk's Office
U.S. District Court
1550 Main Street
Springfield, MA 01103

Re: Kevin Sullivan, et al. v. City of Springfield
U.S. District Court, Civil Action No. 05-30004-MAP

Dear Clerk:

I join with counsel for the City of Springfield in stating that I do not see how the two cases (Julio Toledo Jr., et al. v. IBPO, Local 364 v. Springfield Police Department, U.S. District Court Civil Action Number 04-CV-30163-MAP and Kevin Sullivan, et al. v. City of Springfield, U.S. District Court Civil Action Number 05-30004-MAP) intersect. Further, it is my understanding that Toledo is about to settle in a manner that does not involve any change of seniority lists.

Finally, the Sullivan case is in order for decision on cross-motions for summary judgment, discovery has been long completed, and we do not believe any purpose is served by delaying resolution of those cross-motions while the Toledo parties continue to discuss and settle their case. Whether the City violated the Fourteenth Amendment with respect to the plaintiffs in Sullivan is a separate and distinct issue from those raised in the Toledo litigation.

In sum, we do not believe that the Toledo case constitutes any basis to stay the resolution of this case.

Sincerely,

Harold L. Lichten

HLL/cjn
cc: Edward M. Pikula, Esq.
    Tammy Sharif, Esq.
    Kevin B. Coyle, Esq.