UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN SULLIVAN

V.

CITY OF SPRINGFIELD           CASE NO. CA 05-30004-MAP

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been SET for A STATUS CONFERENCE on MARCH 9, 2006 at 3:00 P.M. before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

SARAH THORNTON
CLERK OF COURT

1/20/06                                By: /s/ Elizabeth A. French
Date                                   Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                [kntchrgcnf.]
                                              [ntchrgcnf.]