## PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.

Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108
-------------
Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea
Alfred Gordon

Nicole Horberg Decter**
Rebecca G. Pontikes
Leah M. Barrault
Stephen Young
David Conforto
Hillary Schwab**

*Also admitted in Maine
**Also admitted in New York

Tod A. Cochran
OF COUNSEL

March 7, 2006

<u>VIA TELECOPIER (413) 785-0204</u>

The Honorable Michael A. Ponsor
U.S. District Court for the District of Massachusetts
1550 Main Street
Springfield, MA 01103

Re:   <u>Kevin Sullivan, et al. v. City of Springfield, Massachusetts</u>
      U.S. District Court, Civil Action No. 05-30004-KPN

Dear Judge Ponsor:

A status conference is scheduled for Thursday, March 9, 2006 at 3:00 p.m. in connection with the above-referenced case.

I am writing to respectfully request that the status conference be held by telephone because my associate, Nicole Horberg-Decter, is expecting a baby and is currently in labor a week and a half ahead of her due date. Ms. Horberg-Decter was scheduled to attend a motion hearing at Suffolk Superior Court here in Boston on a case that she is working on with me (<u>St. Peter v. City of Boston</u>, Civil Action No. SUCV2002-05569), while I attended the status conference before you in Springfield. Due to the earlier than expected imminent arrival of her baby and the fact that I am the lead counsel in the case scheduled for a motion hearing in Boston, I am requesting that the status conference in the above-referenced case be held telephonically so that I may handle both matters on Thursday afternoon.

# PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.

The Honorable Michael A. Ponsor
March 7, 2006
Page 2


This accommodation would be greatly appreciated.  Thank you for your consideration.

Sincerely,

Harold L. Lichten

HLL/cjn
cc:    Peter Murphy, Esq. (via telecopier)
       Edward M. Pikula, Esq. (via telecopier)