UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
)
KEVIN SULLIVAN, VINCENT DUDLEY,            )
MARK MEHRINGER, JASON SLEEPER,             )
And MICHAEL TROMBLEY,                      )
    Plaintiffs,                           )
)
v.                                         )   Civil Action No:
)   05-30004-MAP
)
CITY OF SPRINGFIELD, MASSACHUSETTS,        )
    Defendant.                            )
_____)

## NOTICE OF APPEARANCE

    Please enter an appearance for Alfred Gordon as counsel for Plaintiffs in the above-captioned matter. Harold L. Lichten, who has already entered an appearance, will continue as lead counsel for Plaintiffs in this matter.

                              Respectfully submitted,

                              /s/ Alfred Gordon
                              Alfred Gordon, BBO #630456
                              Pyle, Rome, Lichten, Ehrenberg &
                                  Liss-Riordan, P.C.
                              18 Tremont Street, Suite 500
                              Boston, MA 02108
Date: January 24, 2007          (617) 367-7200

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served on the attorneys of record for each party by electronic notice on January 24, 2007.

                              /s/ Alfred Gordon
                              Alfred Gordon