Case 3:05-cv-30004-MAP    Document 25    Filed 01/29/2007    Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN SULLIVAN, VINCENT DUDLEY, MARK MEHRINGER, JASON SLEEPER, And MICHAEL TROMBLEY,<br>Plaintiffs<br><br>v.<br><br>CITY OF SPRINGFIELD, MASSACHUSETTS,<br>Defendant | Civil Action No:<br>05-30004-MAP |

DOCKETED

## PLAINTIFFS' MOTION FOR A LIMITED REOPENING OF DISCOVERY AND TO EXTEND THE REFILING DATE FOR SUMMARY JUDGMENT MOTIONS

Now come the plaintiffs in the above-entitled action and hereby file this motion to reopen discovery in a very limited manner and to extend the refiling date for summary judgment motions until two weeks after the requested information has been received.

As grounds for this motion, the Plaintiffs assert that in researching the factual anomalies described by the Court in its Memorandum and Order Regarding Cross-Motions for Summary Judgment, the Plaintiffs have uncovered the existence of certain facts that will explain the -anomalies and establish that the facts previously asserted by the Plaintiffs and uncontested by the Defendant are, in fact, true and correct. These facts deal with the Defendant's treatment of Springfield Police Department cadets, officers laterally transferred from other police departments, and officers who failed to graduate from the police academy on the first try. The Plaintiffs therefore seek to discover certain limited documents relating to these issues to appropriately establish these facts to support their Motion for Summary Judgment. In this regard, the Plaintiffs



Case 3:05-cv-30004-MAP   Document 25   Filed 01/29/2007   Page 2 of 2

also seek an extension of time for the refiling of summary judgment motions until two weeks after the receipt of the discovered documents.

>Respectfully submitted,
>
>KEVIN SULLIVAN, VINCENT DUDLEY,
>MARK MEHRINGER, JASON SLEEPER,
>and MICHAEL TROMBLEY,
>
>by their attorneys,
>
>_s/Alfred Gordon_____
>Alfred Gordon, BBO # 630456
>Harold L. Lichten, BBO #549689
>Pyle, Rome, Lichten, Ehrenberg &
>   Liss-Riordan, P.C.
>18 Tremont St., Ste. 500
>Boston, MA 02108

Dated: January 29, 2007
(617) 367-7200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorney of record for each party by electronic notice on January 29, 2007.

>_s/Alfred Gordon_____
>Alfred Gordon