UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                    )
KEVIN SULLIVAN, VINCENT DUDLEY,           )
MARK MEHRINGER, JASON SLEEPER,            )
And MICHAEL TROMBLEY,                                )
     Plaintiffs                                                    )
                                                                    )   Civil Action No:
v.                                                                 )   05-30004-MAP
                                                                    )
CITY OF SPRINGFIELD, MASSACHUSETTS,  )
     Defendant                                                  )
_____)


**PLAINTIFFS' SUBSTITUTE MOTION FOR SUMMARY JUDGMENT**

On November 3, 2005, the plaintiffs in the above-captioned matter filed a motion for summary judgment, asking the Court to grant them judgment on liability. The defendant opposed the plaintiffs' motion and cross-moved for summary judgment. By order of January 3, 2007, the Court denied both parties' motions but invited the parties to file substitute motions that resolve several anomalies the Court detected in the facts presented in the original filings. The Court further granted the plaintiffs' motion for a limited reopening of discovery regarding those factual matters.

Having resolved these factual anomalies, now come the plaintiffs and respectfully request that the Court grant them summary judgment on the issue of liability. As grounds for this motion, the plaintiffs state that the defendant City of Springfield violated the Equal Protection Clause of the United States Constitution by improperly considering the race of police officers in making layoff decisions based on seniority lists that were unlawfully modified based on race.

1

WHEREFORE, for the reasons set forth in the Plaintiffs' Memorandum in Support of Their Substitute Motion for Summary Judgment, the plaintiffs respectfully request that the Court grant them judgment on the issue of liability.

        Respectfully submitted,
        KEVIN SULLIVAN, VINCENT DUDLEY,
        MARK MEHRINGER, JASON SLEEPER,
        and MICHAEL TROMBLEY,

        by their attorneys,

        /s/ Alfred Gordon
        Harold L. Lichten, BBO # 549689
        Alfred Gordon, BBO # 630456
        Pyle, Rome, Lichten, Ehrenberg &
           Liss-Riordan, P.C.
        18 Tremont St., Ste. 500
        Boston, MA 02108

Dated: May 14, 2007        (617) 367-7200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorney of record for each party by electronic notice on May 14, 2007.

        /s/ Alfred Gordon
        Alfred Gordon