UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN SULLIVAN, VINCENT DUDLEY, MARK MEHRINGER, JASON SLEEPER AND MICHAEL TROMBLEY<br>　　　　Plaintiffs,<br><br>v<br><br>CITY OF SPRINGFIELD<br>　　　　Defendant | Civil Action No. 05-30004-KPN |

## JOINT MOTION FOR REFERRAL TO MEDIATION

1.　Now come the parties to the above-captioned matter and jointly request that this Honorable Court refer this matter to mediation before a magistrate judge. The parties have a good-faith belief that his case might be ripe for resolution and that referral to the federal court mediation program would therefore be in the interest of judicial economy.

2.　The parties further request that the time for the defendant's response to the renewed motion for summary judgment currently set for June 15, 2007 be extended until the week following the scheduled mediation.

56798　　　　　　　　　　　　　　　　1

| | |
|---|---|
| Respectfully submitted<br>**KEVIN SULLIVAN, VINCENT DUDLEY, MARK MEHRINGER, JASON SLEEPER and MICHAEL TROMBLEY**<br>By their attorneys,<br><br>*/s/ Alfred Gordon*<br>―――――――――――――<br>Harold L. Lichten, Esq. BBO # 549689<br>Alfred Gordon, Esq.  BBO # 630456<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC<br>18 Tremont Street, Suite 500<br>Boston, MA  02108<br>Phone   617-367-7200<br>Fax      617-367-4820 | Respectfully submitted,<br>**CITY OF SPRINGFIELD**<br>By their attorneys,<br><br>*/s/ Maurice M. Cahillane*<br>―――――――――――――<br>Edward M. Pikula, Esq.  BBO # 399770<br>Maurice M. Cahillane, Esq. BBO # 069660<br>City of Springfield Law Department<br>36 Court Street, Room 210<br>Springfield, MA  01103<br>Phone   413-787-6085<br>Fax      413-787-6173 |

56798                                       2