**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KEVIN SULLIVAN, et al.,
        Plaintiff

       V.

CITY OF SPRINGFIELD,
        Defendant

CIVIL ACTION

NO.   05-30004-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE PONSOR

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On July 18, 2007,   held the following ADR proceeding:

    ___ SCREENING CONFERENCE    ___ EARLY NEUTRAL EVALUATION
    _X_ MEDIATION    ___ SUMMARY BENCH / JURY TRIAL
    ___ MINI-TRIAL    ___ FOLLOWUP CONFERENCES

[X]    All parties were represented by counsel.

[X]    The parties were present for mediation in person, by telephone or by authorized corporate officer or representative

    The case was:

[ ]    Settled.  A ____ day order of dismissal has been entered.

[ ]    There was progress.  A followup telephone conference is scheduled for _____.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other:_____

July 20, 2007
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, Chief Magistrate Judge