UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
KEVIN SULLIVAN, ET AL,          )
        Plaintiffs              )
                                )
        v.                      )  C.A. 05-30004-MAP
                                )
CITY OF SPRINGFIELD,            )
        Defendant               )
```

ORDER FOLLOWING MEDIATION

July 25, 2007

PONSOR, D.J.

    On May 14, 2007, Plaintiffs filed their renewed Motion for Summary Judgment. The parties thereafter requested referral of the case to mediation and postponement of any obligation on the part of Defendant to file an opposition to the motion.

    On June 20, 2007, Chief Magistrate Judge Kenneth P. Neiman reported that efforts at mediation had been unsuccessful. Based on this, the court hereby orders counsel for Defendant to file an opposition to the pending Motion for Summary Judgment by August 31, 2007. A reply may be filed by September 10, 2007 and sur-reply (if needed) by September 24, 2007. Counsel will appear for argument on the motion on September 27, 2007 at 3:00 p.m.

    It is So Ordered.

                                        /s/ Michael A. Ponsor

```
                    MICHAEL A. PONSOR
                    United States District Judge
```