UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEVIN SULLIVAN, VINCENT DUDLEY,
MARK MEHRINGER, JASON SLEEPER,
And MICHAEL TROMBLEY,
    Plaintiffs

v.

Civil Action No:
05-30004-MAP

CITY OF SPRINGFIELD, MASSACHUSETTS,
    Defendants

## MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION AND RESPOND TO SUBSTITUTE MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant and moves that the time for filing an opposition and response to Plaintiffs' Substitute Motion for Summary Judgment be extended three (3) business days to September 5, 2007 and as grounds states:

1. Defendant's response is presently due August 31, 2007.

2. In the last three weeks the Defendant's law department has received eleven new employment cases, most of which are the responsibility of the undersigned, and this has required extensive investigation and interviewing of numerous witnesses in order to prepare answers. As a result, the Defendant needs and requests an extension to September 5, 2007 for the filing of a response to this motion.

57610

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br>Harold L. Lichten<br>Pyle, Rome Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Ste. 500<br>Boston, MA  02108<br><br>I hereby certify that I caused the within document to be served on plaintiff by delivering a copy to his above named Attorneys on  this  date, August 30, 2007.<br><br><br>s/s<br><br>_____<br>Maurice M. Cahillane, Esq. | THE DEFENDANT BY:<br><br><br>s/s<br><br>_____<br>Maurice M. Cahillane, Esq.<br>Associate City Solicitor<br>BBO# 069660<br>City of Springfield<br>Law Department<br>36 Court Street<br>Springfield, MA 01103<br>(413) 787-6085<br>Fax: (413) 787-6173 |

57610