UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEVIN SULLIVAN, VINCENT DUDLEY,
MARK MEHRINGER, JASON SLEEPER,
And MICHAEL TROMBLEY,
    Plaintiffs

v.

CITY OF SPRINGFIELD, MASSACHUSETTS,
    Defendant

Civil Action No:
05-30004-MAP

## DEFENDANT'S SUBSTITUTE CROSS MOTION FOR JUDGMENT AS A MATTER OF LAW

Now comes the Defendant, City of Springfield, and moves for Summary Judgment in its favor on grounds that there is no genuine issue as to any material fact and the Defendant is entitled to Judgment as a matter of law.

**CERTIFICATE OF SERVICE**
Harold L. Lichten
Pyle, Rome Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Ste. 500
Boston, MA  02108

I hereby certify that I caused the within document to be served on plaintiff by delivering a copy to the above named Attorneys on this date.
Date:  9/5/2007

s/s
_____
Maurice M. Cahillane, Esq.

**THE DEFENDANT,
CITY OF SPRINGFIELD
BY:**

s/s
_____
Maurice M. Cahillane, Esq.
Associate City Solicitor
BBO# 069660
City of Springfield Law Department
36 Court Street
Springfield, MA 01103
(413) 787-6085
Fax: (413) 787-6173

: 57650

Case 3:05-cv-30004-MAP    Document 35    Filed 09/05/2007    Page 2 of 2

: 57650