UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEVIN SULLIVAN, VINCENT DUDLEY,
MARK MEHRINGER, JASON SLEEPER,
And MICHAEL TROMBLEY,
      Plaintiffs

v.

Civil Action No:
05-30004-MAP

CITY OF SPRINGFIELD, MASSACHUSETTS,
      Defendant

## OPPOSITION TO PLAINTIFF'S SUBSTITUTE MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant, City of Springfield, and opposes the Plaintiff's Substitute Motion for Summary Judgment for the reasons stated in the attached memorandum.

**CERTIFICATE OF SERVICE**
Harold L. Lichten
Pyle, Rome Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Ste. 500
Boston, MA  02108

I hereby certify that I caused the within document to be served on plaintiff by delivering a copy to the above named Attorneys on this date.
Date:  9/5/2007


s/s
_____
Maurice M. Cahillane, Esq.

**THE DEFENDANT,
CITY OF SPRINGFIELD
BY:**


s/s

_____
Maurice M. Cahillane, Esq.
Associate City Solicitor
BBO# 069660
City of Springfield Law Department
36 Court Street
Springfield, MA 01103
(413) 787-6085
Fax: (413) 787-6173

57651

57651