UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
)
KEVIN SULLIVAN, VINCENT DUDLEY, )
MARK MEHRINGER, JASON SLEEPER, )
And MICHAEL TROMBLEY, )
    Plaintiffs )
) Civil Action No:
v. ) 05-30004-MAP
)
CITY OF SPRINGFIELD, MASSACHUSETTS, )
    Defendant )
_____)

**PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S
SUBSTITUTE CROSS-MOTION FOR SUMMARY JUDGMENT**

Now come the plaintiffs to the above-captioned action and hereby move to strike the defendant's substitute cross-motion for summary judgment filed on September 5, 2007. As grounds for this motion, the plaintiffs state as follows:

On November 3, 2005, the plaintiffs filed a motion for summary judgment, asking the Court to grant them judgment on liability. The defendant opposed the plaintiffs' motion and cross-moved for summary judgment. By memorandum and order of January 3, 2007, the Court denied both parties' motions but invited the parties to file substitute motions that resolve several anomalies the Court detected in the facts presented in the original filings. The Court stated:

> Should either party wish to submit a substitute motion for summary judgment, it may do so by January 29, 2007. In the event that either party does submit a substitute motion, the other party's opposition may be filed by February 26, 2007.

[Memo. and Order at 25.] The Court subsequently granted the plaintiffs' motion for a limited reopening of discovery regarding those factual matters. In granting the motion,

1

the Court entered an order stating: "Further discovery will be completed by April 14, 2007, further motions for summary judgment by May 14, 2007, and opposition by June 15, 2007." The Court's orders clearly presumed the simultaneous filing of summary judgment motions and allowed only the opportunity to file oppositions should either party file a substitute motion for summary judgment.

As ordered by the Court, on May 14, 2007, the plaintiffs filed a substitute motion for summary judgment. The defendant did not file such a motion and thus had until June 15, 2007, to file its opposition. Thereafter, the time frame for the defendant to file its opposition was continued due to ADR activities. At the conclusion of the ADR process, the Court issued the following order:

> On June 20, 2007, Chief Magistrate Judge Kenneth P. Neiman reported that efforts at mediation had been unsuccessful. Based on this, the court hereby orders counsel for Defendant **to file an opposition** to the pending Motion for Summary Judgment by August 31, 2007. A reply may be filed by September 10, 2007 and sur-reply (if needed) by September 24, 2007.

(Emphasis added). On August 30, the defendant moved for an extension of time to file "an opposition and response" to the pending motion for summary judgment, which the Court granted.

As the above filings and orders make completely clear, since the defendant failed to file a motion for summary judgment by the deadline set by the Court, the Court has only allowed the defendant to file an opposition to the plaintiffs' motion – not to file a substitute motion of its own. Moreover, at no time did the defendant seek leave of the Court to file a substitute motion of its own, and the defendant's current motion has now been filed nearly four months too late. Had the defendant sought to file a substitute motion, it should have apprised the Court, at the very latest, on August 30 when it moved for an extension of time to reply.

2

Since the defendant has not sought leave to file a substitute motion or apprised the Court in any way of its intention to do so, the plaintiffs respectfully request that the Court strike the defendant's substitute motion for summary judgment.

WHEREFORE, for the reasons set forth above, the plaintiffs request that the Court strike the defendant's substitute motion for summary judgment. The plaintiffs further request that the Court ignore any claims for judgment or arguments supporting such claims as they may appear in the defendant's memorandum of law filed on September, 5, 2007.

Respectfully submitted,
KEVIN SULLIVAN, VINCENT DUDLEY, MARK MEHRINGER, JASON SLEEPER, and MICHAEL TROMBLEY,

by their attorneys,

/s/ Alfred Gordon
Harold L. Lichten, BBO # 549689
Alfred Gordon, BBO # 630456
Pyle, Rome, Lichten, Ehrenberg &
   Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

Dated: September 14, 2007

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorney of record for each party by electronic notice on September 14, 2007.

/s/ Alfred Gordon
Alfred Gordon

3