IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN SULLIVAN, VINCENT DUDLEY, MARK MEHRINGER, JASON SLEEPER, And MICHAEL TROMBLEY, Plaintiffs ) ) ) ) ) ) v. ) ) CITY OF SPRINGFIELD, MASSACHUSETTS, Defendant ) ) ) | Civil Action No: 05-30004-MAP |

**PLAINTIFFS' ASSENTED TO MOTION FOR
CONTINUANCE OF SUMMARY JUDGMENT MOTION HEARING**

Plaintiffs' counsel respectfully requests that the Court continue the hearing for the Summary Judgment Motions currently set for **October 12, 2007 at 2:00 p.m.** The reason for this request is as follows. Originally, on July 25, 2007, Plaintiffs' counsel received the court's Order Following Mediation scheduling the Summary Judgment Motions hearing for September 27, 2007, and at that time, Plaintiffs' counsel arranged to have his calendar cleared and planned on attending the scheduled hearing. On August 31, 2007, Plaintiffs' counsel received the court's notice of hearing rescheduled for October 5, 2007, and again at that time, Plaintiffs' counsel arranged to have his calendar cleared and planned on attending the scheduled hearing. Then, on September 28, 2007, Plaintiffs' counsel received the court's notice rescheduling the hearing from October 5, 2007 to October 12, 2007. Unfortunately, Plaintiffs' counsel had a prior family commitment requiring him to be out of state, which he was not able to change. Therefore, Plaintiff's counsel respectfully requests that the court reschedule the motion hearing. The Defendant assents to this Motion.

Respectfully submitted,

KEVIN SULLIVAN, VINCENT DUDLEY, MARK MEHRINGER, JASON SLEEPER, and MICHAEL TROMBLEY,

by their attorneys,

    s/Alfred Gordon
Harold L. Lichten, BBO # 549689
Alfred Gordon, BBO# 630456
Pyle, Rome, Lichten, Ehrenberg &
    Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
Dated: October 10, 2007    (617) 367-7200

Assented to:

CITY OF SPRINGFIELD,

by its attorney,

    s/Morris Cahalline/sd
Morris Cahalline, BBO # 069660
City of Springfield
Law Department
36 Court Street, Room 210
Springfield, MA  01103
DATED:  October 10, 2007    (413) 787-6085

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served by electronic filing on the attorneys of record for each party on October 10, 2007.

    s/Alfred Gordon
Alfred Gordon