UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEVIN SULLIVAN, ET AL.,         )
        Plaintiffs              )
                                )
        v.                      ) C.A. 05-30004-MAP
                                )
CITY OF SPRINGFIELD,            )
        Defendant               )

MEMORANDUM AND ORDER REGARDING
CROSS-MOTIONS FOR SUMMARY JUDGMENT AND
PLAINTIFFS' MOTION TO STRIKE
MOTION FOR SUMMARY JUDGMENT
(Dkt. Nos. 27, 35 & 38)

March 28, 2008

PONSOR, D.J.

    Plaintiffs, five white police officers employed by Defendant City of Springfield, allege racial discrimination during a lay-off by Defendant in 2003. Previous cross-motions for summary judgment were denied by this court on January 3, 2007, when a close analysis of the record revealed that the actual evidence was inconsistent with the allegations of discrimination offered by Plaintiffs. Indeed, the court concluded that Defendant's policy of distributing badge numbers to new police officers appeared "to be more of a mish-mash than anything resembling a consistent policy of any sort, racially discriminatory or otherwise." Dkt. No. 23 at 20.

    Plaintiffs have now made another attempt at summary judgment, based this time on somewhat (but not entirely)

clarified records.  Defendant has again responded with its own Motion for Summary Judgment.  This brief memorandum will set forth the court's rulings on the parties' pending motions, with the understanding that a lengthier memorandum setting forth the court's reasoning in greater detail will issue promptly.

Plaintiffs' Motion for Summary Judgment (Dkt. No. 27) is hereby DENIED, for two reasons.  First, the record evidence remains too obscure to support Plaintiffs' allegations. Second, the undisputed elements of the record establish that Defendant's actions in hiring, assigning badge numbers to, and laying off Plaintiffs were consistent with the <u>Castro</u> consent decree[1] and constituted no violation of any equal protection right of any of the Plaintiffs.  Defendant's Motion for Summary Judgment (Dkt. No. 35) is hereby ALLOWED and Plaintiffs' Motion to Strike Defendant's Motion for Summary Judgment (Dkt. No. 38) is DENIED.

As noted, a lengthier memorandum laying out the court's reasoning more comprehensively will issue shortly.  The court will not order entry of any judgment, and the time clock for filing an appeal will not begin to run, until the

---

[1] The nomenclature for this consent decree is somewhat complicated.  The court determined in its earlier memo that "Castro" was the simplest shorthand.  <u>See</u> Dkt. No. 23 at 5, n.3.

lengthier memorandum issues.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge