UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN SULLIVAN, ET AL
        Plaintiff(s)

v.                        CIVIL ACTION 05-30004-MAP

CITY OF SPRINGFIELD,
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT entered for the Defendant pursuant to the Memorandum and Order of the Court entered this date granting the Defendant's motion for Summary Judgment and denying the Plainitffs' motion for Summary Judgment.**

                              SARAH A. THORNTON,
                              CLERK OF COURT

Dated: May 23,, 2008        By /s/Mary Finn
                              Deputy Clerk

(Judgment Civil.wpd - 11/98)                              [jgm.]