UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                    )
KEVIN SULLIVAN, VINCENT DUDLEY,     )
MARK MEHRINGER, JASON SLEEPER,      )
And MICHAEL TROMBLEY,               )
        Plaintiffs                  )
                                    )   Civil Action No:
v.                                  )   05-30004-MAP
                                    )
CITY OF SPRINGFIELD, MASSACHUSETTS, )
        Defendant                   )
_____)
```

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs appeal from the Order and Judgment of the District Court issued in the above-captioned matter on May 23, 2008.

        Respectfully submitted,

        KEVIN SULLIVAN, VINCENT DUDLEY,
        MARK MEHRINGER, JASON SLEEPER,
        and MICHAEL TROMBLEY,

        by their attorneys,

        /s/ Alfred Gordon
        Harold L. Lichten, BBO # 549689
        Alfred Gordon, BBO # 630456
        Pyle, Rome, Lichten, Ehrenberg &
           Liss-Riordan, P.C.
        18 Tremont St., Ste. 500
        Boston, MA 02108

Dated: June 20, 2008        (617) 367-7200

2

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served on the attorney of record for each party by electronic notice on June 20, 2008.

                                        /s/ Alfred Gordon
                                        Alfred Gordon