## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-30004-MAP

KEVIN SULLIVAN

v.

CITY OF SPRINGFIELD, MASSACHUSETTS

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'S 1 - 45

and contained in    2    Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  4/21/08                       .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A Thornton, Clerk of Court

By:   /s/ Mary Finn  6/20/2008
      Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Springfield)
## CIVIL DOCKET FOR CASE #: 3:05-cv-30004-MAP
## Internal Use Only

Sullivan et al v. City of Springfield  
Assigned to: Judge Michael A Ponsor  
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 01/11/2005  
Date Terminated: 05/23/2008  
Jury Demand: Both  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Kevin Sullivan**      represented by **Alfred Gordon**  
Pyle, Rome, Lichten & Ehrenberg, P.C.  
Suite 500  
18 Tremont Street  
Boston, MA 02108  
617-367-7200  
Fax: 617-367-4820  
Email: agordon@prle.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Harold L. Lichten**  
Pyle, Rome Lichten, Ehrenberg &  
Liss-Riordan, P.C.  
18 Tremont Street  
Suite 500  
Boston, MA 02108  
617-367-7200  
Fax: 617-367-4820  
Email: harold@prle.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Dudley**      represented by **Alfred Gordon**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Harold L. Lichten**

                    (See above for address)
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Mehringer**      represented by **Alfred Gordon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harold L. Lichten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Sleeper**      represented by **Alfred Gordon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harold L. Lichten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Trombley**      represented by **Alfred Gordon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harold L. Lichten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Springfield**      represented by **Edward M. Pikula**
*Massachusetts*
1391 Main Street
Suite 1022
Springfield, MA 01103
413-781-5311
Fax: 413-746-2707
Email: attyemp@aol.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter M. Murphy**
101 State Street
Suite 501
Springfield, MA 01103
413-733-1222
Fax: 413-733-1245
Email: liamclare@verizon.net
*TERMINATED: 11/07/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice M. Cahillane, Jr.**
Egan, Flanagan & Cohen, PC
67 Market Street
PO Box 9035
Springfield, MA 01102-9035
413-737-0260
Fax: 413-737-0121
Email: mmcahillane@eganflanagan.com
*ATTORNEY TO BE NOTICED*

### ADR Provider

**Kenneth P. Neiman**
*TERMINATED: 07/20/2007*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2005 | 1 | COMPLAINT against City of Springfield Filing fee: $ 150.00, receipt number 305817, filed by Michael Trombley, Kevin Sullivan, Vincent Dudley, Mark Mehringer, and Jason Sleeper.(Lindsay, Maurice) (Entered: 01/11/2005) |
| 01/11/2005 |  | Summons Issued as to City of Springfield. (Lindsay, Maurice) (Entered: 01/11/2005) |
| 02/03/2005 | 2 | CONSENT to Jurisdiction by US Magistrate Judge. (This document was not scanned and is kept in a separate file in a secure room). (Lindsay, Maurice) (Entered: 02/03/2005) |
| 02/08/2005 | 3 | SUMMONS Returned Executed City of Springfield served on 2/3/2005, answer due 2/23/2005. (Lindsay, Maurice) (Entered: 02/08/2005) |
| 03/01/2005 | 4 | Deft's ANSWER to Complaint with Jury Demand by City of Springfield filed.(Finn, Mary) (Entered: 03/01/2005) |

| | | |
|---|---|---|
| 03/04/2005 | | (Court only) ***Staff notes - document 5 deleted due to being a duplicate of the 4 answer to the complaint. (Finn, Mary) (Entered: 03/04/2005) |
| 03/23/2005 | 5 | NOTICE of Scheduling Conference Scheduling Conference set for 4/27/2005 at 11:00 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. Parties joint statement due 4/20/2005; cc/cl.(Finn, Mary) (Entered: 03/23/2005) |
| 04/20/2005 | 6 | JOINT SUBMISSION pursuant to Local Rule 16.1 *(D)* by Michael Trombley, City of Springfield, Kevin Sullivan, Vincent Dudley, Mark Mehringer, Jason Sleeper.(Lichten, Harold) (Entered: 04/20/2005) |
| 04/25/2005 | | Case Reassigned to Judge Michael A Ponsor. Judge Kenneth P. Neiman no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Healy, Bethaney) (Entered: 04/25/2005) |
| 04/25/2005 | 7 | District Judge Michael A. Ponsor. ORDER REFERRING CASE to Magistrate Judge Kenneth P. Neiman Referred for: full pretrial management, excluding dispositive motions(Healy, Bethaney) (Entered: 04/25/2005) |
| 04/27/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Horberg-Decter and Pikula) appear for Initial Scheduling Conference held on 4/27/2005. Colloquy re: status of case. Scheduling Order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 04/27/2005) |
| 04/27/2005 | 8 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER setting auto discl by 5/18/05; written disc. and non-expert depos with respect to liability compl by 11/1/05; case mgmt conf. set for 11/7/05 at 10:00 a.m. in Courtroom Three, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 04/27/2005) |
| 11/03/2005 | 9 | Ptf's MOTION for Summary Judgment by Michael Trombley, Kevin Sullivan, Vincent Dudley, Mark Mehringer, Jason Sleeper. (Attachments: # 1 Exhibits A - L (Not Scanned))(Lindsay, Maurice) (Entered: 11/04/2005) |
| 11/07/2005 | 10 | NOTICE of Withdrawal of Appearance filed in court. Attorney Peter M. Murphy terminated. (Healy, Bethaney) (Entered: 11/07/2005) |
| 11/07/2005 | 11 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER setting Deft's Motion for Summary Judgment and opp. to the Pltfs' motion for S/J due by 12/9/2005; Pltfs' response/reply by 12/30/05, ENTERED, cc:cl. (Healy, Bethaney) Modified on 11/8/2005 to add "and opp. to the Pltfs' motion for S/J". (Finn, Mary). (Entered: 11/07/2005) |
| 11/07/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Lichten and Pikula) appear for Case Management Conference held on 11/7/2005. Scheduling Order to issue. (Digital Recording #FTR.) (Healy, Bethaney) (Entered: 11/07/2005) |
| 12/08/2005 | 12 | Deft's MOTION to Modify scheduling order deadlines to ext. the time to file opposition to the Pltfs' motion for S/J and cross motion for S/J from 12/09/2005 to 12/16/2005 and for responses from 12/30/2005 to 1/06/2006 by |

| | | |
|---|---|---|
| | | City of Springfield filed.(Finn, Mary) (Entered: 12/08/2005) |
| 12/09/2005 | | Judge Kenneth P. Neiman : Electronic ORDER entered granting without objection 12 Defendant's Motion for Modification of Scheduling Order. Defendant shall file its opposition and cross motion for summary judgemnt by December 16, 2005, to which Plaintiffs shall respond by January 6, 2006. So ordered. (Neiman, Kenneth) (Entered: 12/09/2005) |
| 12/19/2005 | 13 | Deft's MOTION to Modify the time for filing oppositions and cross motions for S/J from 12/16/2005 to 12/19/2005 for oppositons to motions for S/J and responses from 1/06/2006 to 1/09/2006 by City of Springfield filed.(Finn, Mary) (Entered: 12/19/2005) |
| 12/19/2005 | | Judge Kenneth P. Neiman : ELCTRONIC ENDORSEDORDER entered granting the Deft's 13 Motion for Modification of time to file opp. to the Pltfs' motion for S/J and cross motion for S/J to 12/19/2005 and opp's to cross motion for S/J to 1/09/2006; cc/cl. (Finn, Mary) (Entered: 12/19/2005) |
| 12/19/2005 | 14 | Deft's Opposition to the Pltfs' 9 MOTION for Summary Judgment by City of Springfield filed. (Finn, Mary) (Entered: 12/19/2005) |
| 12/19/2005 | 15 | Deft's CROSS MOTION for Summary Judgment as to claims for violation of equal protection by City of Springfield filed.(Finn, Mary) (Entered: 12/19/2005) |
| 12/19/2005 | 16 | Deft's MEMORANDUM OF LAW in opposition to the Pltfs' 9 MOTION for Summary Judgment and in support of their 15 CROSS MOTION for Summary Judgment. (Attachments: # 1 # Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7) by City of Springfield filed.(Finn, Mary) Additional attachment(s) added on 12/20/2005 (Finn, Mary). (Entered: 12/19/2005) |
| 12/29/2005 | 17 | Judge Michael A Ponsor : ORDER RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT entered. The Court hereby orders Counsel to submit to the Court, in writing, reports regarding the relationship of this case to the Toledo matter (C.A. 04-30163-MAP) by 1/13/2006. A copy of this order will be sent to Counsel in the Toledo matter. Counsel in that case are invited to report by 1/13/2006 if resolution of cross-motions in this case may affect the interests of parties in the Toledo litigation; cc/cl. and Cl. in the Toledo case. (Finn, Mary) (Entered: 12/29/2005) |
| 01/09/2006 | 18 | REPLY to Response to Motion re 15 MOTION for Summary Judgment *and Plaintiff's Memorandum of Law in Opposition to Defendants' Cross-Motion for Summary Judgment* filed by Michael Trombley, Kevin Sullivan, Vincent Dudley, Mark Mehringer, Jason Sleeper. (Lichten, Harold) Additional attachment(s) added on 1/10/2006 (Finn, Mary). (Entered: 01/09/2006) |
| 01/19/2006 | 19 | Letter/request (non-motion) from Edward M. Pikula, re: relationship between this case and Toledo v. IBPO 04cv30163. (Lindsay, Maurice) (Entered: 01/19/2006) |

| 01/19/2006 | 20 | Letter/request (non-motion) from Harold L. Lichten. (Lichten, Harold) (Entered: 01/19/2006) |
|---|---|---|
| 01/20/2006 | 21 | NOTICE of Hearing: Status Conference set for 3/9/2006 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 01/20/2006) |
| 03/07/2006 | 22 | Letter/request (non-motion) from Harold Lichten re: Requesting to attend status conference by phone scheduled for 3/9/06 - APPROVED BY THE COURT, USDJ PONSOR, Attorney Lichten shall provide the Clerk w/phone number to call from courtroom (French, Elizabeth) (Entered: 03/07/2006) |
| 03/09/2006 |  | ElectronicClerk's Notes for proccedings held before Judge Michael A Ponsor : Status Conference by phone held on 3/9/2006. Hearing on Motion for Summary Judgment set for 4/27/09 at 3:00 p.m. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 03/28/2006) |
| 03/28/2006 |  | Set/Reset Deadlines as to 9 MOTION for Summary Judgment, 15 MOTION for Summary Judgment. Motion Hearing set for 4/27/2006 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 03/28/2006) |
| 04/11/2006 |  | NOTICE TO COUNSEL OF RESCHEDULING of Hearing on Motion 9 MOTION for Summary Judgment, 15 MOTION for Summary Judgment: Motion Hearing RESCHEDULED FROM 4/27/06 AT 3:00 P.M.TO 6/13/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 04/11/2006) |
| 06/13/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor : Motion Hearing held on 6/13/2006 re 15 MOTION for Summary Judgment filed by City of Springfield,, 9 MOTION for Summary Judgment filed by Kevin Sullivan,, Michael Trombley,, Jason Sleeper., Vincent Dudley., Mark Mehringer,. (DOCKETED TO CLARIFY DOCKET) (French, Elizabeth) (Entered: 08/23/2006) |
| 06/26/2006 |  | Case no longer referred to Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 06/26/2006) |
| 01/03/2007 | 23 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered. The Pltf's motion for S/J - 9 and Deft's cross motion for S/J - 15 are DENIED without prejudice. Should either party wish to submit a substitute motion for S/J, it may do so by 1/29/2007. If either party files a motion for S/J, oppositions due by 2/26/2007. If no substitute motions are filed, the Court will set the matter for a conf. to establish a schedule for trial. In light of the confusing state of the factual record, the parties would be well advised to attempt to reach a mutually acceptable resolution of this case, as the parties in Toledo, did; cc/cl. (Finn, Mary) Modified on 1/3/2007 to correct the spelling of the word "motion.". (Finn, Mary). (Entered: 01/03/2007) |
| 01/03/2007 |  | Set Deadlines/Hearings: Parties substitute motions for S/J due by 1/29/2007. Responses due by 2/26/2007. (Finn, Mary) (Entered: 01/03/2007) |

| 01/24/2007 | 24 | NOTICE of Appearance by Alfred Gordon on behalf of Michael Trombley, Kevin Sullivan, Vincent Dudley, Mark Mehringer, Jason Sleeper (Gordon, Alfred) (Entered: 01/24/2007) |
|---|---|---|
| 01/24/2007 | | (Court only) Attorney Alfred Gordon added as counsel for Michael Trombley, Kevin Sullivan, Vincent Dudley, Mark Mehringer and Jason Sleeper Pltfs. (Finn, Mary) (Entered: 01/24/2007) |
| 01/29/2007 | 25 | Pltf's MOTION for a limited reopening of discovey and MOTION for Extension of Time for the refiling of motions for S/J until two (20 weeks after requested discovery information is received by Michael Trombley, Kevin Sullivan, Vincent Dudley, Mark Mehringer, Jason Sleeper filed.(Finn, Mary) (Entered: 01/29/2007) |
| 01/29/2007 | | Notice of correction to docket made by Court staff. Correction: document 25 was deleted. corrected because: document was deleted and redocketed to add the two reliefs contained in the motion - motion for limited reopening of discovery and for an extension of time for filing motions for S/J. (Finn, Mary) Modified on 1/30/2007 to add a {2} to 5 to make 25 . (Finn, Mary). (Entered: 01/29/2007) |
| 01/29/2007 | 26 | MOTION for Extension of Time *of the Refiling Date for Summary Judgment Motions in Order to Resolve Factual Discrepancies Raised by the Court's Decision of 1/3/07 and Motion for a Limited Reopening of Discovery--REVISED* by Michael Trombley, Kevin Sullivan, Vincent Dudley, Mark Mehringer, Jason Sleeper. (Attachments: # 1 Affidavit)(Gordon, Alfred) (Entered: 01/29/2007) |
| 01/30/2007 | | Motions terminated: 25 MOTION for a limited reopening of discovey MOTION for Extension of Time to File motions for S/J by Kevin Sullivan,, Michael Trombley,. Jason Sleeper,, Vincent Dudley,, Mark Mehringer filed. Document 26 is the REVISED motion which replaced this motion. (Finn, Mary) (Entered: 01/30/2007) |
| 02/15/2007 | | Judge Michael A Ponsor : ENDORSED ORDER entered granting 26 Motion for Extension of Time. ALLOWED, without opposition. Further discovery will be completed by April 14, 2007, further motions for summary judgment by May 14, 2007, and opposition by June 15, 2007. So ordered. cc/cl (Lindsay, Maurice) (Entered: 02/15/2007) |
| 05/14/2007 | 27 | MOTION for Summary Judgment by Michael Trombley, Kevin Sullivan, Vincent Dudley. Mark Mehringer, Jason Sleeper.(Gordon, Alfred) (Entered: 05/14/2007) |
| 05/14/2007 | 28 | MEMORANDUM in Support re 27 MOTION for Summary Judgment filed by Michael Trombley. Kevin Sullivan. Vincent Dudley, Mark Mehringer, Jason Sleeper. (Attachments: # 1 Exhibit M)(Gordon, Alfred) (Entered: 05/14/2007) |
| 05/15/2007 | | Set/Reset Deadlines as to 27 MOTION for Summary Judgment. Defts' Responses due by 6/15/2007. (Finn, Mary) (Entered: 05/15/2007) |

| | | |
|---|---|---|
| 06/13/2007 | 29 | Joint MOTION Joint Motion for Referral to Mediation by City of Springfield.(Cahillane, Maurice) (Entered: 06/13/2007) |
| 06/14/2007 | | Judge Michael A Ponsor : ENDORSEDORDER entered granting the Parties Joint 29 Motion for referral to mediation. This case is hereby referred to Chief Magistrate Kenneth P. Neiman for mediation. Judge Neiman's clerk will contact counsel. Deft's counsel need not file a resp. to Plfs' renewed motion for S/J pending further order; cc/cl. (Finn, Mary) (Entered: 06/14/2007) |
| 06/14/2007 | | Judge Michael A Ponsor : ELECTRONIC ORDER entered. REFERRING CASE to Magistrate Judge Kenneth P. Neiman Referred for: Mediation.(Finn, Mary) (Entered: 06/14/2007) |
| 06/26/2007 | | Remark: Clerk confirmed date of mediation (07/18/07) with offices of Attys Gordon and Cahillane. Mediation order to issue. (Healy, Bethaney) (Entered: 06/26/2007) |
| 06/26/2007 | 30 | Magistrate Judge Kenneth P. Neiman. ORDER with respect to Mediation, ENTERED, cc:cl. Mediation set for 7/18/2007 at 10:00 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; confidential mediation memoranda to be submitted to the court under seal by no later than 7/16/07. (Healy, Bethaney) (Entered: 06/26/2007) |
| 06/27/2007 | 31 | ORDER REFERRING CASE to Alternative Dispute Resolution (Magistrate Judge Kenneth P. Neiman appointed as ADR provider)(Healy, Bethaney) (Entered: 06/27/2007) |
| 07/18/2007 | | (Court only) Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Alternative Dispute Resolution Hearing held on 7/18/2007. (Healy, Bethaney) (Entered: 07/20/2007) |
| 07/20/2007 | | (Court only) ***Staff notes: Clerk contacted by Atty Gordon that further efforts to settle the case have not been fruitful. Case to be returned to Judge Ponsor. (Healy, Bethaney) (Entered: 07/20/2007) |
| 07/20/2007 | 32 | REPORT of Alternative Dispute Resolution Provider (Magistrate Judge Kenneth P. Neiman). Case did not settle.(Healy, Bethaney) (Entered: 07/20/2007) |
| 07/20/2007 | | Case no longer referred to Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 07/20/2007) |
| 07/25/2007 | 33 | Judge Michael A Ponsor : ORDER FOLLOWING MEDIATION entered. As follows; Counsel for Defendant's shall filed an opposition to the pending motion for Summary Judgment by 8/31/07, a reply due by 9/10/07, sur-reply by 9/24/07 and argument on the motion on 9/27/07 at 3:00 P.M. See the attached order for complete details. cc/cl(Lindsay, Maurice) (Entered: 07/25/2007) |
| 07/25/2007 | | Set/Reset Deadlines as to 27 MOTION for Summary Judgment. Opposition Response due by 8/31/2007, Replies due by 9/10/2007. Sur-replies due by 9/24/2007. Motion Hearing set for 9/27/2007 at 3:00 PM in Courtroom 1 |

| | | |
|---|---|---|
| | | before Judge Michael A Ponsor. (Lindsay, Maurice) (Entered: 07/25/2007) |
| 08/30/2007 | 34 | MOTION for Extension of Time to September 5, 2007 to File Response/Reply by City of Springfield.(Cahillane, Maurice) (Entered: 08/30/2007) |
| 08/31/2007 | | Judge Michael A Ponsor : endorsedORDER entered granting 34 Motion for Extension of Time to File Response/Reply re 27 MOTION for Summary Judgment Responses due by 9/5/2007 Replies due by 9/14/2007 Sur-replies by 9/28/07 Hearing ON MOTION rescheduled from 9/27/07 TO 10/5/07 AT 2:30 P.M. (French, Elizabeth) (Entered: 08/31/2007) |
| 08/31/2007 | | Set/Reset Deadlines as to 27 MOTION for Summary Judgment. Responses due by 9/5/2007 Replies due by 9/14/2007. Sur-replies due by 9/28/2007. Motion Hearing set for 10/5/2007 02:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 08/31/2007) |
| 09/05/2007 | 35 | Cross MOTION for Judgment as a Matter of Law by City of Springfield.(Cahillane, Maurice) (Entered: 09/05/2007) |
| 09/05/2007 | 36 | Opposition re 27 MOTION for Summary Judgment filed by City of Springfield. (Cahillane, Maurice) (Entered: 09/05/2007) |
| 09/05/2007 | 37 | MEMORANDUM in Opposition re 27 MOTION for Summary Judgment and in support of their 35 cross motion for judgment as a matter of law filed by City of Springfield. (Cahillane, Maurice) Modified on 9/6/2007 (Finn, Mary). (Entered: 09/05/2007) |
| 09/06/2007 | | Notice of correction to docket made by Court staff. Correction: text of document 37 corrected because: to also link the memorandum to its cross motion for judgment of law. (Finn, Mary) (Entered: 09/06/2007) |
| 09/14/2007 | 38 | MOTION to Strike 35 Cross MOTION for Judgment as a Matter of Law by Michael Trombley, Kevin Sullivan, Vincent Dudley, Mark Mehringer, Jason Sleeper.(Gordon, Alfred) (Entered: 09/14/2007) |
| 09/14/2007 | 39 | RESPONSE to Motion re 35 Cross MOTION for Judgment as a Matter of Law *and/or Plaintiffs' Reply to Defendant's Opposition to Plaintiff's Substitute Motion for Summary Judgment* filed by Michael Trombley, Kevin Sullivan, Vincent Dudley, Mark Mehringer, Jason Sleeper. (Attachments: # 1 Exhibit N)(Gordon, Alfred) (Entered: 09/14/2007) |
| 09/28/2007 | | ELECTRONIC NOTICE of Hearing on Motion 35 Cross MOTION for Judgment as a Matter of Law, 27 MOTION for Summary Judgment, 38 MOTION to Strike 35 Cross MOTION for Judgment as a Matter of Law : Motion Hearing RESET FROM 10/5/07 TO 10/12/2007 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 09/28/2007) |
| 10/10/2007 | 40 | Assented to MOTION to Continue *Summary Judgment Motion Hearing* by Michael Trombley, Kevin Sullivan, Vincent Dudley, Mark Mehringer, Jason Sleeper.(Gordon, Alfred) (Entered: 10/10/2007) |

| | | |
|---|---|---|
| 10/11/2007 | | Judge Michael A Ponsor : endorsedORDER entered granting 40 Motion to Continue hearing on Motion; Hearing RESET from 10/12/07 at 2:00 p.m. TO 10/31/07 at 2:00 p.m. (French, Elizabeth) (Entered: 10/11/2007) |
| 10/11/2007 | | Set/Reset Deadlines as to 35 Cross MOTION for Judgment as a Matter of Law, 27 MOTION for Summary Judgment, 38 MOTION to Strike 35 Cross MOTION for Judgment as a Matter of Law. Motion Hearing RESET for 10/31/2007 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 10/11/2007) |
| 10/31/2007 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor : Motion Hearing held on 10/31/2007 re 35 Cross MOTION for Judgment as a Matter of Law filed by City of Springfield, 27 MOTION for Summary Judgment filed by Kevin Sullivan, Vincent Dudley, Mark Mehringer, Jason Sleeper, Michael Trombley, 38 MOTION to Strike 35 Cross MOTION for Judgment as a Matter of Law filed by Kevin Sullivan, Vincent Dudley, Mark Mehringer, Jason Sleeper, Michael Trombley. (Court Reporter Susan Mitchell.) (French, Elizabeth) (Entered: 11/01/2007) |
| 03/28/2008 | 41 | Judge Michael A Ponsor: MEMORANDUM AND ORDER entered: As follows: denying Ptf's 27 Motion for Summary Judgment, granting Dft's 35 Motion for summary Judgment and denying Ptf's 38 Motion to Strike. See the attached memo & order for complete details. cc/cl (Lindsay, Maurice) (Entered: 03/28/2008) |
| 05/23/2008 | 42 | Judge Michael A Ponsor: ORDER entered. MEMORANDUM AND ORDER. Pltfs' motion for S/J - 27 was DENIED, Deft's motion for S/J - 35 was ALLOWED, and Pltfs' motion to strike Deft's motion for S/J - 38 was DENIED. The Clerk is ordered to enter judgment for Deft., this case may now be closed; cc/cl. (Attachments: # 1 Exhibit A - Part 1, # 2 Exhibit A -Part 2, # 3 Exhibit B, # 4 Exhibit C)(Finn, Mary) (Entered: 05/23/2008) |
| 05/23/2008 | 43 | Judge Michael A Ponsor: ORDER entered. JUDGMENT entered for the Deft. pursuant to the Memorandum and Order of the Court entered this date granting the Deft's motion for S/J and denying the Pltfs' motion for S/J; cc/cl.(Finn, Mary) (Entered: 05/23/2008) |
| 06/20/2008 | 44 | NOTICE OF APPEAL as to 43 Judgment by Michael Trombley, Kevin Sullivan, Vincent Dudley, Mark Mehringer, Jason Sleeper NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/10/2008. (Gordon, Alfred) (Entered: 06/20/2008) |

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-30004-MAP

KEVIN SULLIVAN

v.

CITY OF SPRINGFIELD, MASSACHUSETTS

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'S 1 - 45

and contained in   2   Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   6/20/2008

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A Thornton, Clerk of Court

By:   /s/ Mary Finn  6/20/2008
      Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   _____

O:\Clerks Office\Forms\Local\ClerksCertificate-COA.frm- 3/06